UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00490-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. REGINALD DWIGHT BACA, d/b/a Reggie Baca,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, January 7, 2008,** and responses to these motions shall be filed by **Monday, January 21 , 2008.** It is

    FURTHER ORDERED that counsel shall request a hearing on all pending motions, if any, and final trial preparation conference at a later date. It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, February 4, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated: December 21, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge